IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-217-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **O R D E R** |
| $10,000.00 IN U. S. CURRENCY, | ) |
| Defendant. | ) |

UPON CONSIDERATION of plaintiff's unopposed Motion to Compel.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED that claimant will respond fully to the plaintiff's first set of interrogatories and request for production of documents within twenty (20) days of entry of this order.

IT IS FURTHER ORDERED that if claimant fails to completely respond to discovery as ordered, then on application by the United States of America, his claim and answer shall be stricken and default judgment entered.

SO ORDERED this __22__ day of __March__, 2013.

James C. Dever III
Chief United States District Judge